**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ann V. Cahill,<br><br>               Appellant,<br><br>v.<br><br>AmeriCredit Financial Services, Inc.,<br><br>               Appellee. | No. CV-14-01865-PHX-DGC<br><br>**ORDER** |

      Appellant Ann Cahill has appealed a decision of the bankruptcy court granting relief from the automatic stay. Doc. 6 at 2. Appellee AmeriCredit Financial Services, Inc. argues that the appeal is moot. Doc. 9. The Court agrees.

      Cahill commenced a chapter 7 bankruptcy proceeding on May 2, 2014. Doc. 9 at 2; Case no. 2:14-bk-06610-EPB. In her bankruptcy schedules, Cahill listed a 2009 Saab 9-3 valued at $8,500 (the "Vehicle"). Doc. 9 at 2. Cahill stated her intention to "avoid any and all liens" on the Vehicle. *Id*.

      On June 10, 2014, AmeriCredit filed a motion for relief from the automatic stay. *Id*. AmeriCredit noted that it had financed Cahill's purchase of the Vehicle and that the outstanding principle balance due under the contract was $26,210.42. *Id*. AmeriCredit attached a copy of Cahill's contract showing AmeriCredit as the lender. *Id*. at 3. AmeriCredit also included a copy of the title showing AmeriCredit as the lienholder on the Vehicle. *Id*. Cahill responded by arguing that AmeriCredit may have securitized the contract, but did not present any evidence. *Id*.

On August 1, 2014, the bankruptcy court issued an order terminating the automatic stay with respect to the Vehicle. *Id*. On August 15, 2014, Cahill filed her notice of appeal. *Id*. She received her bankruptcy discharge the same day. *Id*.

The automatic stay terminated as a matter of law upon entry of Cahill's chapter 7 discharge. 11 U.S.C. § 362(c)(2)(C); Doc. 9 at 3. Cahill's appeal is therefore moot. The Court cannot provide relief where the automatic stay has terminated as a matter of law. *In re Perez*, 2011 WL 6934471, *3-4, No. SC-0-1436-HKiMk (9th Cir. BAP Dec. 1, 2011); *In re Lira*, 2011 WL 4502090, *5, Nos. CC-10-1364-KiDMk, RS 09–36534-DJS (9th Cir. BAP July 18, 2011); *In re McIntyre*, 2011 WL 4501322, *1 No. NC-10-1186-JUHBA, BK. 10-10974 (9th Cir. BAP July 8, 2011). Because the appeal is moot, this Court lacks jurisdiction. *Internal Revenue Serv. v. Pattullo,* 271 F.3d 898, 900 (9th Cir. 2001); *United States v. Arkison,* 34 F.3d 756, 759 (9th Cir. 1994).

**IT IS ORDERED** that this appeal is **dismissed** for lack of jurisdiction.

Dated this 21st day of January, 2015.

_____
David G. Campbell
United States District Judge